UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TINA LOUISE MARQUEZ,

    Plaintiff,

v.                                                                      No. 1:21-cv-00451-KWR-GJF

KILOLO KIJAKAZI, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Gregory J. Fouratt filed his Proposed Findings and Recommended Disposition ("PFRD") on March 2, 2023, in which he recommended that the decision of the Administrative Law Judge be affirmed. ECF 42. The PFRD notified the parties of their ability to file objections no later than March 16, 2023 (fourteen days after filing of the PFRD), and that failure to do so waived appellate review. As neither party filed any objections by that date, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that**:**

1. The Magistrate Judge's PFRD [ECF 42] is **ADOPTED**;

2. Plaintiff's Motion to Remand [ECF 24] is **DENIED**; and

3. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

                                                    **KEA W. RIGGS**
                                        **UNITED STATES DISTRICT JUDGE**