UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TINA LOUISE MARQUEZ,

    Plaintiff,

v.                                                          No. 1:21-cv-00451-KWR-GJF

KILOLO KIJAKAZI, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order Adopting Proposed Findings and Recommended Disposition (**Doc. 43**) the Court enters this Final Order under Fed. R. Civ. P. 58, **DISMISSING** this action **WITH PREJUDICE.**

    IT IS SO ORDERED.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**